690 A.2d 1009

## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner,

v.

### Bruce INGERMAN, Respondent.

Misc. (Subtitle AG) No. 3, Sept. Term, 1997.

Court of Appeals of Maryland.

March 19, 1997.

## *ORDER*

This matter came before the Court on the Joint Petition for Reprimand by Consent of the Attorney Grievance Commission of Maryland and Respondent, Bruce Ingerman, to reprimand the Respondent. The Court, having considered the petition, it is this 19th day of March, 1997.

ORDERED that the Respondent, Bruce Ingerman be and he is hereby reprimanded for violation of the Maryland Rules of Professional Conduct.